**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF MICHIGAN

Case number *(if known)* _____   Chapter   11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document,** *Instructions for Bankruptcy Forms for Non-Individuals,* **is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | Kalamazoo Candle Company, LLC. |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | Sand Art Candle Company, LLC <br> Ruth's Body Care, LLC <br> Zero NA Bar |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 47-3141474 |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** <br><br> 202 South Kalamazoo Mall <br> Kalamazoo, MI 49007 <br> Number, Street, City, State & ZIP Code <br><br> Kalamazoo <br> County | **Mailing address, if different from principal place of business** <br><br><br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | https://kalamazoocandle.com |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: _____ |

Debtor   Kalamazoo Candle Company, LLC.                    Case number (*if known*) _____
_____
Name

| | |
|---|---|
| **7.** **Describe debtor's business** | A. *Check one:* |
| | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | ■ None of the above |

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____3399_____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

- ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

- ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

- ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

- ☐ A plan is being filed with this petition.

- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

- ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

- ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Debtor  Kalamazoo Candle Company, LLC.  Case number (*if known*) _____
_____Name_____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____ When _____ Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply*.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
Contact name _____
Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

. *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor   Kalamazoo Candle Company, LLC.                                    Case number (*if known*) _____
         Name

☐ $50,001 - $100,000            ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000           ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million         ☐ $100,000,001 - $500 million     ☐ More than $50 billion

Debtor   Kalamazoo Candle Company, LLC.                                   Case number (*if known*) _____
         Name

| | |
|---|---|
| ███ | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   May 15, 2026
              MM / DD / YYYY

**X** /s/ David Adam McFarlin _____          David Adam McFarlin _____
Signature of authorized representative of debtor          Printed name

Title   Member/Manager _____

**18. Signature of attorney**

**X** /s/ Steven M. Bylenga _____          Date May 15, 2026
Signature of attorney for debtor                         MM / DD / YYYY

Steven M. Bylenga P73492 _____
Printed name

CBH Attorneys & Counselors, PLLC. _____
Firm name

MAIN OFFICE
25 Division Avenue S., Suite 500
Grand Rapids, MI 49503
Number, Street, City, State & ZIP Code

Contact phone   616-608-3061 _____   Email address   nikki@chasebylenga.com _____

P73492 MI _____
Bar number and State

**Fill in this information to identify the case:**

Debtor name    Kalamazoo Candle Company, LLC.

United States Bankruptcy Court for the:    WESTERN DISTRICT OF MICHIGAN

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    May 15, 2026      **X** /s/ David Adam McFarlin
_____
Signature of individual signing on behalf of debtor

David Adam McFarlin
_____
Printed name

Member/Manager
_____
Position or relationship to debtor

Fill in this information to identify the case:

Debtor name | Kalamazoo Candle Company, LLC.

United States Bankruptcy Court for the:   WESTERN DISTRICT OF MICHIGAN

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1st Source Bank Commercial Loan Services 100 North Michigan Street South Bend, IN 46601 | | All Asset - Guaranty of Mortgage for affiliated Real Estate Holding Company, Adelly Enterprises, LLC. Loan current and supported by real property. | Contingent | $761,838.00 | $0.00 | $761,838.00 |
| Agilex Fragrance 140 Centennial Avenue Piscataway, NJ 08854 | | Business Supplies | | | | $34,326.70 |
| Aztec International 3010 Henson Rd. Knoxville, TN 37921 | | Business Service Account | | | | $31,840.84 |
| Chase Cardmember Service Po Box 4099 Carol Stream, IL 60197-4099 | | Business Credit Card | | | | $44,138.23 |
| City of Kalamazoo 241 W South Street Kalamazoo, MI 49007 | | Business Loan | | | | $84,895.00 |
| David A. McFarlin 5250 Stapleton Dr. Kalamazoo, MI 49007 | | Loan to Company | | | | $43,400.00 |
| Envision Property Mangement 519 Ada St SE Suite 202 Ada, MI 49301 | | Rent - terminated lease | | | | $19,875.00 |

Debtor __Kalamazoo Candle Company, LLC.__          Case number *(if known)* _____
       Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Fora Financial Celtic Bank 268 South State St, Ste 300 Salt Lake City, UT 84111 | | All Asses | | $188,673.00 | $0.00 | $188,673.00 |
| Horizon Bank Kalamazoo 515 Franklin Street Michigan City, IN 46360 | | All Asset | | $191,497.00 | $0.00 | $191,497.00 |
| Horizon Bank Kalamazoo 515 Franklin Street Michigan City, IN 46360 | | All Asset | | $291,693.00 | $148,682.00 | $143,011.00 |
| Michigan Department of Treasur Po Box 30199 Lansing, MI 48909 | | Sales Taxes | | | | $34,476.00 |
| Northern Initiatives 101 W Washington Street Suite 9 Marquette, MI 49855 | | All Asset | | $33,205.00 | $0.00 | $33,205.00 |
| Parafin Celtic Bank 268 South State St, Ste 300 Salt Lake City, UT 84111 | | Multiple Payroll Advance Loans | | | | $17,089.66 |
| PNC Po Box 71335 Philadelphia, PA 19161-1335 | | Business Credit Card | | | | $50,331.61 |
| Quickbooks 5601 Headquarters Drive Plano, TX 75024 | | Business Loan | | | | $79,168.26 |
| Shopify 100 Shockoe Slip 2nd Floor Richmond, VA 23219 | | Buisness Subscription | | | | $29,198.05 |
| Square Advance Attn: Square Financial Service 22402 4 Chase Metrotech Center 7th Floor East Brooklyn, NY 11245 | | Mutliple Business Processing Loans | | | | $47,201.55 |

Debtor    Kalamazoo Candle Company, LLC.                     Case number *(if known)*  _____
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Treystar<br>Po Box 51716<br>Kalamazoo, MI 49005 | | Rent | | | | $35,132.07 |
| Whole Foods<br>550 Bowie Street<br>Austin, TX<br>78703-4644 | | | | | | $34,000.00 |
| WYX Brands<br>2029 Wood Bridge Blvd<br>Bowling Green, OH 43402 | | Vendor Debt | | | | $19,044.75 |

Official form 204          Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims          page 3

**Fill in this information to identify the case:**

Debtor name     Kalamazoo Candle Company, LLC.

United States Bankruptcy Court for the:     WESTERN DISTRICT OF MICHIGAN

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*................................................................................................     $      0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.............................................................................................     $      148,682.00

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*...............................................................................................     $      148,682.00

| Part 2: | Summary of Liabilities |
|---|---|

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................     $      1,466,906.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................     $      41,476.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................     +$      607,472.65

4. **Total liabilities** ..............................................................................................................................
Lines 2 + 3a + 3b     $      2,115,854.65

**Fill in this information to identify the case:**

Debtor name    Kalamazoo Candle Company, LLC.

United States Bankruptcy Court for the:    WESTERN DISTRICT OF MICHIGAN

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    **12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.   **Cash on hand** | $400.00 |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. Unlimited Checking #2141<br>The Huntington National Bank<br>PO Box 1558 EA1W37<br>Columbus, OH 43216-1558 | Checking | 2141 | $1,683.00 |

4. **Other cash equivalents** *(Identify all)*

| | |
|---|---|
| 4.1.   CC Clearing and UnDeposited Funds | $6,317.00 |

| 5.   **Total of Part 1.** | $8,400.00 |
|---|---|

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| | |
|---|---|
| 7.1.   Security Deposits: Envision Property (2050 Stanley lease) $6,875.00; TreyStar (6800 Westnedge lease): $3,932.34 | $10,887.00 |

Debtor    Kalamazoo Candle Company, LLC.                          Case number *(If known)* _____
          Name

8.      **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
        Description, including name of holder of prepayment

9.      **Total of Part 2.**                                                              | $10,887.00 |

        Add lines 7 through 8. Copy the total to line 81.

Part 3:          **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

   ☐ No.  Go to Part 4.
   ■ Yes Fill in the information below.

11.     **Accounts receivable**

        11a. 90 days old or less:          33,895.00          -          0.00  = ....          $33,895.00
                                      face amount                   doubtful or uncollectible accounts

12.     **Total of Part 3.**                                                               | $33,895.00 |

        Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

Part 4:          **Investments**

13. **Does the debtor own any investments?**

   ■ No.  Go to Part 5.
   ☐ Yes Fill in the information below.

Part 5:          **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

   ☐ No.  Go to Part 6.
   ■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** Raw Inventory Book Value = $69,000.00; Liquidation Value estimated at 50% = $34,500.00 | | $69,000.00 | Liquidation | $34,500.00 |
| 20. | **Work in progress** Inventory- Work in Progress | | $0.00 | Liquidation | $1,000.00 |
| 21. | **Finished goods, including goods held for resale** Inventory- Finished Goods:  Book Value = $26,000.00;  Liquidation Value Estiamted at 50% = $13,000.00 | | $26,000.00 | Liquidation | $13,000.00 |

Debtor    Kalamazoo Candle Company, LLC.                         Case number *(If known)* _____
_____Name_____

22.  **Other inventory or supplies**
Inventory- Other
Merchandise_____     _____     $0.00    Liquidation _____     $8,000.00

Other Merchandise:
$8,000.00
Zero NA Bar: $9,000.00     _____     $17,000.00    Liquidation _____     $8,500.00

23.  **Total of Part 5.**                                          | $65,000.00 |

Add lines 19 through 22.  Copy the total to line 84.

24.  **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value    _____  Valuation method  _____  Current Value  _____

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** Office Furniture, Fixtures, and Equipment:  Book Value = $3,980.00 (see attached Book Value) | $3,980.00 | Liquidation | $4,500.00 |

40.  **Office fixtures**

41.  **Office equipment, including all computer equipment and communication systems equipment and software**

42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.  **Total of Part 7.**                                          | $4,500.00 |

Add lines 39 through 42.  Copy the total to line 86.

Debtor      Kalamazoo Candle Company, LLC.                      Case number *(If known)* _____
                   Name

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**
      ■ No
      ☐ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

**Part 8:     Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  2025 Kia EV9 Land (Leased - See Schedule G) | $0.00 | | $0.00 |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>Office Machinery, Fixtures & Equipment= Book Value = $17,301.00 | $17,301.00 | Liquidation | $25,000.00 |

51.   **Total of Part 8.**                                                              $25,000.00

      Add lines 47 through 50.  Copy the total to line 87.

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
      ■ No
      ☐ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

**Part 9:     Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.   **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

Debtor    Kalamazoo Candle Company, LLC.                     Case number *(If known)* _____
                Name

| acreage, factory, warehouse, apartment or office building, if available. | | | | |
|---|---|---|---|---|
| 55.1. Debtor leases its operating premises located at 202 South Kalamazoo Mall, Kalamazoo, Michigan 49007 from Adelly Enterprises, LLC. **See Schedule G for additional information. | Lease | $0.00 | | $0.00 |

**56.  Total of Part 9.**                                                          $0.00

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

**57.  Is a depreciation schedule available for any of the property listed in Part 9?**
  ■ No
  ☐ Yes

**58.  Has any of the property listed in Part 9 been appraised by a professional within the last year?**
  ■ No
  ☐ Yes

**Part 10:    Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

  ☐ No.  Go to Part 11.
  ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.  Patents, copyrights, trademarks, and trade secrets** Trademark of "Kalamazoo Candle Company" | $0.00 | | $0.00 |
| **61.  Internet domain names and websites** https://kalamazoocandle.com | $0.00 | | $0.00 |
| **62.  Licenses, franchises, and royalties** | | | |
| **63.  Customer lists, mailing lists, or other compilations** | | | |
| **64.  Other intangibles, or intellectual property** Digital Platforms created for Debtor to use for email campaigns, promotions, etc. = $38,490.00 No external value.  Liquidation Value = $1,000 | $38,490.00 | | $1,000.00 |
| **65.  Goodwill** | | | |

**66.  Total of Part 10.**                                                          $1,000.00

Add lines 60 through 65. Copy the total to line 89.

**67.  Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

Debtor    Kalamazoo Candle Company, LLC.                    Case number *(If known)* _____
_____
Name

■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|
| 71. **Notes receivable** Description (include name of obligor) |  |
| 72. **Tax refunds and unused net operating losses (NOLs)** Description (for example, federal, state, local) |  |
| 73. **Interests in insurance policies or annuities** |  |
| 74. **Causes of action against third parties (whether or not a lawsuit has been filed)** |  |
| 75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** |  |
| 76. **Trusts, equitable or future interests in property** |  |
| 77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership Leasehold Improvements: Book Value = $138,716.00; Liquidation Value = $0.00 | $0.00 |

78. **Total of Part 11.**                                                        | $0.00 |

Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

Debtor    Kalamazoo Candle Company, LLC.
Name

Case number *(If known)* _____

## Part 12:    Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $8,400.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $10,887.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $33,895.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $65,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $4,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $25,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9*..........................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $1,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $148,682.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $148,682.00 |

**Fill in this information to identify the case:**

Debtor name    Kalamazoo Candle Company, LLC.

United States Bankruptcy Court for the:    WESTERN DISTRICT OF MICHIGAN

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property         12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- | --- |
| 2.1 | **1st Source Bank**<br>Creditor's Name<br><br>Commercial Loan Services<br>100 North Michigan Street<br>South Bend, IN 46601<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>2/21/2025<br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>All Asset - Guaranty of Mortgage for affiliated Real Estate Holding Company, Adelly Enterprises, LLC.  Loan current and supported by real property.<br><br>**Describe the lien**<br>UCC - 2nd Priority<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | | $761,838.00 | $0.00 |
| 2.2 | **Fora Financial**<br>Creditor's Name<br>Celtic Bank<br>268 South State St, Ste 300<br>Salt Lake City, UT 84111<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>n/a<br>**Last 4 digits of account number**<br>n/a<br>**Do multiple creditors have an interest in the same property?** | **Describe debtor's property that is subject to a lien**<br>All Asses<br><br><br>**Describe the lien**<br>UCC - 5th Priority<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply | | $188,673.00 | $0.00 |

Debtor    Kalamazoo Candle Company, LLC.                          Case number (if known)    _____
                  Name

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | Horizon Bank Kalamazoo | Describe debtor's property that is subject to a lien | $291,693.00 | $148,682.00 |

Creditor's Name

515 Franklin Street
Michigan City, IN 46360
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
All Asset

**Describe the lien**
UCC - 1st Priority

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
- ☐ No
- ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
03/25/2022

**Last 4 digits of account number**
0636

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.4 | Horizon Bank Kalamazoo | Describe debtor's property that is subject to a lien | $191,497.00 | $0.00 |

Creditor's Name

515 Franklin Street
Michigan City, IN 46360
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
All Asset

**Describe the lien**
UCC- 3rd Priority

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
- ☐ No
- ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
05/09/2025

**Last 4 digits of account number**
8619

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.5 | Northern Initiatives | Describe debtor's property that is subject to a lien | $33,205.00 | $0.00 |

Creditor's Name

101 W Washington Street
Suite 9
Marquette, MI 49855
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
All Asset

**Describe the lien**
UCC - 4th Priority

**Is the creditor an insider or related party?**
- ■ No

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 3

Debtor   Kalamazoo Candle Company, LLC.                      Case number (if known) _____
         Name

Creditor's email address, if known

☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

5/28/2025

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
6555

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**      $1,466,906.00

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Small Business Administration Office of District Counsel 515 Patrick V. McNamara Building Detroit, MI 48226 | Line __2.3__ | |
| US Attorney ATTN: Nicole Mazzocco 220 Ionia St STE 501 Grand Rapids, MI 49503 | Line __2.3__ | |
| US Attorney ATTN: Donna Justice 220 Ionia St STE 501 Grand Rapids, MI 49503 | Line __2.3__ | |

**Fill in this information to identify the case:**

Debtor name    Kalamazoo Candle Company, LLC.

United States Bankruptcy Court for the:    WESTERN DISTRICT OF MICHIGAN

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on** *Schedule A/B: Assets - Real and Personal Property* **(Official Form 206A/B) and on** *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
| --- | --- |

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)**.**

    ☐ No. Go to Part 2.

    ☒ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.1**    Priority creditor's name and mailing address      As of the petition filing date, the claim is:      **$2,000.00**    **$2,000.00**

Illinois Department of Revenue
15 Executive Dr, Ste. 2
Fairview Heights, IL 62208

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
2025

Basis for the claim:
2025/2026 Sales Taxes (Estimated)

Last 4 digits of account number 1474

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

☒ No
☐ Yes

**2.2**    Priority creditor's name and mailing address      As of the petition filing date, the claim is:      **$0.00**    **$0.00**

Internal Revenue  Service
Central Insolvency Unit
P.O. Box 7346
Philadelphia, PA 19101-7346

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
n/a

Basis for the claim:
Current - For Notice Only

Last 4 digits of account number 1474

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

☒ No
☐ Yes

| Debtor | Kalamazoo Candle Company, LLC. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $34,476.00 | $24,290.14 |
|---|---|---|---|---|

**Michigan Department of Treasur**
Po Box 30199
Lansing, MI 48909

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
2025 & 2026

Basis for the claim:
Sales Taxes

Last 4 digits of account number 1474

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No

☐ Yes

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,000.00 | $0.00 |
|---|---|---|---|---|

**Michigan Unemployment Office**
Cadillac Place
3024 West Grand Boulevard
Detroit, MI 48202

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
March 31, 2026

Basis for the claim:
1st Quarter 2026 (Estimated)

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $34,326.70 |
|---|---|---|---|

Agilex Fragrance
140 Centennial Avenue
Piscataway, NJ 08854

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 12/2024

**Last 4 digits of account number** n/a

**Basis for the claim:** Business Supplies

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,256.84 |
|---|---|---|---|

Alan C. Sell, CPA
4341 S Westnedge Ave
#1110
Kalamazoo, MI 49008

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**

**Last 4 digits of account number**

**Basis for the claim:** Accounting Servcies

Is the claim subject to offset? ■ No ☐ Yes

| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $106.58 |
|---|---|---|---|

Amazon Capital Services, Inc.
PO Box 035184
Seattle, WA 98124

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**

**Last 4 digits of account number**

**Basis for the claim:** Vendor Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Kalamazoo Candle Company, LLC. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $5,409.97 |
|---|---|---|---|

Armstrong Transport Group
Lock Box 7752
Po Box 787752
Philadelphia, PA 19178-7752

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  2/6/2026

**Basis for the claim:**  Business Service Account

**Last 4 digits of account number**  n/a

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $31,840.84 |
|---|---|---|---|

Aztec International
3010 Henson Rd.
Knoxville, TN 37921

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  12/10/2025

**Basis for the claim:**  Business Service Account

**Last 4 digits of account number**  n/a

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $558.28 |
|---|---|---|---|

Brown Wood Inc
7040 North Lawndale Ave
Lincolnwood, IL 60712

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  1/31/2026

**Basis for the claim:**  Vendor Debt

**Last 4 digits of account number**  n/a

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $44,138.23 |
|---|---|---|---|

Chase
Cardmember Service
Po Box 4099
Carol Stream, IL 60197-4099

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  n/a

**Basis for the claim:**  Business Credit Card

**Last 4 digits of account number**  9302

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $84,895.00 |
|---|---|---|---|

City of Kalamazoo
241 W South Street
Kalamazoo, MI 49007

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  11/15/2026

**Basis for the claim:**  Business Loan

**Last 4 digits of account number**  1474

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $528.14 |
|---|---|---|---|

Consumers Energy
Bankruptcy Dept.
4600 Coolidge Hwy
Royal Oak, MI 48073

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  _

**Basis for the claim:**  Utility Services

**Last 4 digits of account number**  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,908.77 |
|---|---|---|---|

Credit Key
1100 Broadway
Oakland, CA 94607

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  12/2025

**Basis for the claim:**  Loan Advancement

**Last 4 digits of account number**  N/A

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   Kalamazoo Candle Company, LLC.

Name

Case number (if known)

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $43,400.00 |
|---|---|---|---|

David A. McFarlin
5250 Stapleton Dr.
Kalamazoo, MI 49007

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  April/May 2026

Basis for the claim:  Loan to Company

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,875.00 |
|---|---|---|---|

Envision Property Mangement
519 Ada St SE
Suite 202
Ada, MI 49301

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  Rent - terminated lease

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,420.71 |
|---|---|---|---|

EPS Security Services
750 Front Avenue NW
Grand Rapids, MI 49504

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  n/a

Basis for the claim:  Utility Services

Last 4 digits of account number  Various

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $143.50 |
|---|---|---|---|

Gordon Water Systems
618 E. Crosstown Parkway
Kalamazoo, MI 49001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,684.42 |
|---|---|---|---|

Green Bay Packaging, Inc.
Corporate Office
Po Box 19017
Green Bay, WI 54307-9017

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  10/31/2025

Basis for the claim:  Vendor Debt

Last 4 digits of account number  n/a

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,396.84 |
|---|---|---|---|

Orchidia Fragrances
PO Box 735783
Dallas, TX 75373

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/19/2026

Basis for the claim:  Vendor Debt

Last 4 digits of account number  n/a

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,089.66 |
|---|---|---|---|

Parafin
Celtic Bank
268 South State St, Ste 300
Salt Lake City, UT 84111

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  11/12/2025

Basis for the claim:  Multiple Payroll Advance Loans

Last 4 digits of account number  Various

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    Kalamazoo Candle Company, LLC.                     Case number (if known) _____
          Name

| 3.18 | **Nonpriority creditor's name and mailing address**<br>PNC<br>Po Box 71335<br>Philadelphia, PA 19161-1335<br><br>**Date(s) debt was incurred** 5622<br>**Last 4 digits of account number** n/a | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Business Credit Card<br><br>Is the claim subject to offset? ■ No ☐ Yes | $50,331.61 |

| 3.19 | **Nonpriority creditor's name and mailing address**<br>Quickbooks<br>5601 Headquarters Drive<br>Plano, TX 75024<br><br>**Date(s) debt was incurred** 8/16/2025<br>**Last 4 digits of account number** ab14 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Business Loan<br><br>Is the claim subject to offset? ■ No ☐ Yes | $79,168.26 |

| 3.20 | **Nonpriority creditor's name and mailing address**<br>Quintessence<br>1 Indian Lane East<br>Towaco, NJ 07082<br><br>**Date(s) debt was incurred** n/a<br>**Last 4 digits of account number** n/a | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Vendor Debt<br><br>Is the claim subject to offset? ■ No ☐ Yes | $2,238.71 |

| 3.21 | **Nonpriority creditor's name and mailing address**<br>Shopify<br>100 Shockoe Slip<br>2nd Floor<br>Richmond, VA 23219<br><br>**Date(s) debt was incurred** 9/24/2026<br>**Last 4 digits of account number** n/a | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Buisness Subscription<br><br>Is the claim subject to offset? ■ No ☐ Yes | $29,198.05 |

| 3.22 | **Nonpriority creditor's name and mailing address**<br>Square Advance<br>Attn: Square Financial Service<br>22402 4 Chase Metrotech Center<br>7th Floor East<br>Brooklyn, NY 11245<br><br>**Date(s) debt was incurred** Various<br>**Last 4 digits of account number** Various | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Mutliple Business Processing Loans<br><br>Is the claim subject to offset? ■ No ☐ Yes | $47,201.55 |

| 3.23 | **Nonpriority creditor's name and mailing address**<br>Treystar<br>Po Box 51716<br>Kalamazoo, MI 49005<br><br>**Date(s) debt was incurred** n/a<br>**Last 4 digits of account number** n/a | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Rent<br><br>Is the claim subject to offset? ■ No ☐ Yes | $35,132.07 |

| 3.24 | **Nonpriority creditor's name and mailing address**<br>ULINE<br>700 Uline Wy<br>Allentown, PA 18106<br><br>**Date(s) debt was incurred** 1/27/2026<br>**Last 4 digits of account number** n/a | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Vendor Debt<br><br>Is the claim subject to offset? ■ No ☐ Yes | $5,133.17 |

Debtor  __Kalamazoo Candle Company, LLC._____   Case number (if known) _____
         Name

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $4,045.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
Wax & Timber
102 Norb Ave
Dieterich, IL 62424

**Date(s) debt was incurred** _3/10/2026_
**Last 4 digits of account number** _n/a_

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Vendor Debt_

Is the claim subject to offset? ■ No ☐ Yes

$4,045.00

---

3.26

**Nonpriority creditor's name and mailing address**
Whole Foods
550 Bowie Street
Austin, TX 78703-4644

**Date(s) debt was incurred** _2025_
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$34,000.00

---

3.27

**Nonpriority creditor's name and mailing address**
WYX Brands
2029 Wood Bridge Blvd
Bowling Green, OH 43402

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Vendor Debt_

Is the claim subject to offset? ■ No ☐ Yes

$19,044.75

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | **Name and mailing address** | **On which line in Part1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|---|
| 4.1 | Carillon, LLC<br>c/o Treystar<br>241 E Michigan Ave, Ste 135<br>Portage, MI 49002 | Line _3.23_<br>☐ Not listed. Explain ____ | _ |
| 4.2 | Credit Key<br>145 South Fairfax Ave<br>Suite 300<br>Los Angeles, CA 90036 | Line _3.10_<br>☐ Not listed. Explain ____ | _ |
| 4.3 | IRS<br>PO Box 802503<br>Cincinnati, OH 45280 | Line _2.2_<br>☐ Not listed. Explain ____ | _ |
| 4.4 | Michigan Attorney General<br>525 W Ottawa Street<br>Lansing, MI 48909 | Line _2.3_<br>☐ Not listed. Explain ____ | _ |
| 4.5 | Square Financial Services, Inc<br>1955 Broadway<br>Suite 600<br>Oakland, CA 94612 | Line _3.22_<br>☐ Not listed. Explain ____ | _ |
| 4.6 | United States Attormey General<br>950 Pennsylvania Ave NW<br>Washington, DC 20530 | Line _2.2_<br>☐ Not listed. Explain ____ | _ |

Debtor    Kalamazoo Candle Company, LLC.
        Name

Case number (if known) _____

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.7  United States Attorney<br>ATTN: Donna Justice<br>330 Ionia Ave NW<br>The Law Bldg, Ste 501<br>Grand Rapids, MI 49503 | Line  2.2<br><br>☐   Not listed. Explain ____ | _ |

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a.    $ | 41,476.00 |
| **5b. Total claims from Part 2** | 5b.  **+**  $ | 607,472.65 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c.    $ | 648,948.65 |

**Fill in this information to identify the case:**

Debtor name    Kalamazoo Candle Company, LLC.

United States Bankruptcy Court for the:    WESTERN DISTRICT OF MICHIGAN

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    **12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.   **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest | Commercial Lease for Warehouse located at 2050 Stanley Avenue, Portage, MI 49002 Lease Term: July 01, 2023-June 30, 2028 TERMINATE CONTRACT | |
|      State the term remaining | 27 Months | 2050 Stanley, LLC c/o Envision Property Management, LLC 519 Ada Street SE, Suite 202 Ada, MI 49301 |
|      List the contract number of any government contract | N/A | |
| 2.2.   State what the contract or lease is for and the nature of the debtor's interest | Commercial Lease for Storefront located at at 202 South Kalamazoo Mall, Kalamazoo, MI 49007 Lease Term: October 01, 2025-December 31, 2030 | |
|      State the term remaining | 57 months | Adelly Enterprises 5250 Stapleton Dr. Kalamazoo, MI 49009 |
|      List the contract number of any government contract | N/A | |
| 2.3.   State what the contract or lease is for and the nature of the debtor's interest | Commercial Lease for Storefront located at 6800 S. Westnedge Avenue, Suite K, Portage, MI 49002 Lease Term: May 01, 2025-April 30, 2030 TERMINATE CONTRACT | |
|      State the term remaining | 49 Months | Carillon, LLC c/o Treystar 241 E Michigan Ave, Ste 135 Portage, MI 49002 |
|      List the contract number of any government contract | N/A | |

Debtor 1   Kalamazoo Candle Company, LLC.

First Name          Middle Name          Last Name

Case number (*if known*) _____



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | Laundry Services Contract Contract Term: September 15, 2025-September 15, 2030 TERMINATE CONTRACT | |
| | State the term remaining | 54 Months | CLS Uniform & Linen 4200 Manchester Rd. Kalamazoo, MI 49001 |
| | List the contract number of any government contract | N/A | |
| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | Security Agreement for 202 S Kalamazoo Mall Dr., Kalamazoo, MI 49007 Contract Term: September 3, 2025-September 3, 2028 TERMINATE Contract | |
| | State the term remaining | 7 months | EPS Security Services 750 Front N.W. Suite 300 Grand Rapids, MI 49504 |
| | List the contract number of any government contract | N/A | |
| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | Auto Lease for 2025 Kia EV9 Land 3/31/2025-2/29/2028 TERMINATE Contract | |
| | State the term remaining | 23 Months | Hyundai Lease Titling Trust PO Box 30205 College Station, TX 77842 |
| | List the contract number of any government contract | | |
| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | Internet Services for Storefront located at at 202 South Kalamazoo Mall, Kalamazoo, MI 49007 Promotional Period Terms in September 2026 TERMINATE CONTRACT | |
| | State the term remaining | 6 months | Spectrum Business 12719 Riley St. Suite 70 Holland, MI 49424 |
| | List the contract number of any government contract | N/A | |

Debtor 1  Kalamazoo Candle Company, LLC.

First Name          Middle Name          Last Name

Case number (*if known*) _____



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.8.** State what the contract or lease is for and the nature of the debtor's interest

Non-Hazardouse Waste Service Agreement 3/25/2024-3/25/2027 TERMINATE Contract

State the term remaining — 12 Months

List the contract number of any government contract — N/A

Waste Management of MI, Inc.
41100 Plymouth Rd.
Ste 170
Plymouth, MI 48170

**2.9.** State what the contract or lease is for and the nature of the debtor's interest

Video Conferencing Contract
Contract Term: March 01, 2025 - March 01, 2027
TERMINATE Contract

State the term remaining — 11 Months

List the contract number of any government contract — N/A

Zoom Video Conferencing, Inc.
55 S Almaden Blvd
San Jose, CA 95113

**Fill in this information to identify the case:**

Debtor name     Kalamazoo Candle Company, LLC.

United States Bankruptcy Court for the:     WESTERN DISTRICT OF MICHIGAN

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                        12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | David A. McFarlin | 5250 Stapleton Dr. Kalamazoo, MI 49007 | Horizon Bank Kalamazoo | ■ D __2.3__ ☐ E/F _____ ☐ G _____ |
| 2.2 | David A. McFarlin | 5250 Stapleton Dr. Kalamazoo, MI 49007 | Horizon Bank Kalamazoo | ■ D __2.4__ ☐ E/F _____ ☐ G _____ |
| 2.3 | David A. McFarlin | 5250 Stapleton Dr. Kalamazoo, MI 49007 | Quickbooks | ☐ D _____ ■ E/F __3.19__ ☐ G _____ |
| 2.4 | David A. McFarlin | 5250 Stapleton Dr. Kalamazoo, MI 49007 | Northern Initiatives | ■ D __2.5__ ☐ E/F _____ ☐ G _____ |
| 2.5 | David A. McFarlin | 5250 Stapleton Dr. Kalamazoo, MI 49007 | Fora Financial | ■ D __2.2__ ☐ E/F _____ ☐ G _____ |

Debtor   Kalamazoo Candle Company, LLC.                          Case number *(if known)*   _____

| | | |
|---|---|---|
| **Additional Page to List More Codebtors** | | |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.6 | David A. McFarlin    5250 Stapleton Dr.  Kalamazoo, MI 49007 | 1st Source Bank | ■ D ___2.1___  □ E/F _____  □ G _____ |
| 2.7 | Adam McFarlin    5250 Stapleton Dr  Kalamazoo, MI 49007 | Adelly Enterprises | □ D _____  □ E/F _____  ■ G ___2.2___ |
| 2.8 | Adam McFarlin    5250 Stapleton Dr  Kalamazoo, MI 49007 | 2050 Stanley, LLC | □ D _____  □ E/F _____  ■ G ___2.1___ |
| 2.9 | Adam McFarlin    5250 Stapleton Dr.  Kalamazoo, MI 49007 | Carillon, LLC | □ D _____  □ E/F _____  ■ G ___2.3___ |

Official Form 206H                          Schedule H: Your Codebtors                          Page 2 of 2

**Fill in this information to identify the case:**

Debtor name     Kalamazoo Candle Company, LLC.

United States Bankruptcy Court for the:     WESTERN DISTRICT OF MICHIGAN

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy        04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:        Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date:<br>From  1/01/2026 to Filing Date | ■ Operating a business<br>☐ Other _____ | $449,993.00 |
| For prior year:<br>From  1/01/2025 to 12/31/2025 | ■ Operating a business<br>☐ Other _____ | $1,524,167.00 |
| For year before that:<br>From  1/01/2024 to 12/31/2024 | ■ Operating a business<br>☐ Other _____ | $2,247,555.00 |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  1/01/2026 to Filing Date | Asset Sale | $14,500.00 |
| **For year before that:**<br>From  1/01/2024 to 12/31/2024 | Asset Sale | $42,000.00 |

**Part 2:        List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Official Form 207        Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy        page 1

Debtor      Kalamazoo Candle Company, LLC.                    Case number *(if known)* _____

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. Adelly Enterprises<br>5250 Stapleton Dr.<br>Kalamazoo, MI 49009 | | $27,050.94 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other_Monthly Rent_ |
| 3.2. Fora Financial<br>Celtic Bank<br>268 South State St, Ste 300<br>Salt Lake City, UT 84111 | | $27,050.94 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other_Merchant Cash Advance_ |
| 3.3. WYX Brands<br>2029 Wood Bridge Blvd<br>Bowling Green, OH 43402 | | $23,877.42 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.4. Quintessence<br>1 Indian Lane East<br>Towaco, NJ 07082 | | $8,433.98 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.5. Quickbooks<br>5601 Headquarters Drive<br>Plano, TX 75024 | | $17,097.50 | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. David A. McFarlin<br>5250 Stapleton Dr.<br>Kalamazoo, MI 49007<br>Sole Member and Manager | Monthly<br>$2,500.00<br>(not paid from<br>March 2026<br>to May 2026) | $22,500.00 | Loan to Company |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

| Debtor | Kalamazoo Candle Company, LLC. | Case number *(if known)* |
|---|---|---|

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:     Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Kalamazoo Candle Company, LLC. v T-Force Freight, Inc.<br>2024-0784-CB | Civil | 9th Circuit Court<br>330 Eleanor Street<br>Kalamazoo, MI 49007 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | Carillon, LLC c/o Treystar v. Kalamazoo Candle Company, LLC<br>26-08572-LT | Landlord-Tenant | 8th District Court<br>330 Eleanor Street<br>Kalamazoo, MI 49007 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:     Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:     Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

Debtor _Kalamazoo Candle Company, LLC._      Case number *(if known)* _____

---

**Part 6:**  **Certain Payments or Transfers**

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. CBH Attorneys & Counselors, PLLC. MAIN OFFICE 25 Division Avenue S., Suite 500 Grand Rapids, MI 49503 | Retainer: $ Pre-Petition Earned Attorney Fees $ Filing Fee: $1,738.00 | 3/12/2026: $5,000.00 | $5,000.00 |

**Email or website address**
nikki@chasebylenga.com

**Who made the payment, if not debtor?**

---

12. **Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**

List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1. Unrelated Buyer | Pallet "walkie stacker": $5,000.00 | 2026 | $5,000.00 |
| **Relationship to debtor** None | | | |
| 13.2. Unrelated Buyer | Wax Pumper and Melter: $9,500.00 | 2026 | $9,500.00 |
| **Relationship to debtor** None | | | |
| 13.3. Unrelated Buyer | Sprinter Van | 2024 | $42,000.00 |
| **Relationship to debtor** None | | | |

---

Debtor    Kalamazoo Candle Company, LLC.                                        Case number *(if known)*

---

**Part 7:**    **Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:**    **Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■  No. Go to Part 9.
    ☐  Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:**    **Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■  No.
    ☐  Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ☐  No. Go to Part 10.
    ■  Yes. Does the debtor serve as plan administrator?

        ■ No Go to Part 10.
        ☐ Yes. Fill in below:

**Part 10:**    **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | PNC Bank 1717 S Westnedge Ave Kalamazoo, MI 49008 | **XXXX**-7798 | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other__ | 5/17/2024 | Unknown |

---

Debtor __Kalamazoo Candle Company, LLC._____     Case number *(if known)* _____

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.2. | 1st Source Bank P.O. Box 1602 South Bend, IN 46634 | **XXXX**-4306 | ■ Checking □ Savings □ Money Market □ Brokerage □ Other__ | 3/31/2026 | $24.02 |
| 18.3. | Honor Credit Union Attn: Bankruptcy Dept. 8385 Edgewood Road Berrien Spring, MI 49130 | **XXXX**-015 | ■ Checking □ Savings □ Money Market □ Brokerage □ Other__ | May 12, 2026 | $0.00 |
| 18.4. | Honor Credit Union Attn: Bankruptcy Dept. 8385 Edgewood Road Berrien Spring, MI 49130 | **XXXX**-116 | □ Checking □ Savings □ Money Market □ Brokerage □ Other__ | May 12, 2026 | $0.00 |
| 18.5. | Honor Credit Union Attn: Bankruptcy Dept. 8385 Edgewood Road Berrien Spring, MI 49130 | **XXXX**-0151 | □ Checking ■ Savings □ Money Market □ Brokerage □ Other__ | May 12, 2026 | $0.00 |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

| Part 12: | Details About Environment Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

Debtor  Kalamazoo Candle Company, LLC.                          Case number *(if known)* _____

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■  No.
☐  Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

---

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

25.  **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

26.  **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   Alan C. Sell, CPA<br>4341 S Westnedge Ave<br>#1110<br>Kalamazoo, MI 49008 | 2016-2026 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

---

Official Form 207        **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                page **7**

Debtor    Kalamazoo Candle Company, LLC.                           Case number *(if known)*

| Name and address | Date of service From-To |
|---|---|
| 26b.1.    Alan C. Sell, CPA<br>4341 S Westnedge Ave<br>#1110<br>Kalamazoo, MI 49008 | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    Alan C. Sell, CPA<br>4341 S Westnedge Ave<br>#1110<br>Kalamazoo, MI 49008 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.    City of Kalamazoo<br>241 W South Street<br>Kalamazoo, MI 49007 |
| 26d.2.    Horizon Bank Kalamazoo<br>515 Franklin Street<br>Michigan City, IN 46360 |
| 26d.3.    Fora Financial<br>Celtic Bank<br>268 South State St, Ste 300<br>Salt Lake City, UT 84111 |
| 26d.4.    1st Source Bank<br>Commercial Loan Services<br>100 North Michigan Street<br>South Bend, IN 46601 |
| 26d.5.    Northern Initiatives<br>101 W Washington Street<br>Suite 9<br>Marquette, MI 49855 |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          page **8**

Debtor    Kalamazoo Candle Company, LLC.                          Case number *(if known)* _____

| 27.1. | **Name of the person who supervised the taking of the inventory**<br>David Adam McFarlin | **Date of inventory**<br>Monthly - combination of physical and computer | **The dollar amount and basis (cost, market, or other basis) of each inventory** |
|---|---|---|---|
| | **Name and address of the person who has possession of inventory records**<br>David A. McFarlin<br>5250 Stapleton Dr.<br>Kalamazoo, MI 49007 | | |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| David A. McFarlin | 5250 Stapleton Dr.<br>Kalamazoo, MI 49007 | Sole Member/Manager | 100% Membership Interest |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| 30.1. | **Name and address of recipient**<br>David A. McFarlin<br>5250 Stapleton Dr.<br>Kalamazoo, MI 49007 | **Amount of money or description and value of property**<br>Annual Salary $115,000.00<br>Use of Leased Vehicle<br>Payment on Loan - $2,500 per month (not made from March 2026 to May 2026) | **Dates**<br>Various | **Reason for providing the value**<br>Annual Salary for Employment Services<br>Repayment of Loan |
|---|---|---|---|---|
| | **Relationship to debtor**<br>Sole Shareholder | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Debtor | Kalamazoo Candle Company, LLC. | Case number *(if known)* |
|---|---|---|

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

## Part 14:   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   May 15, 2026

/s/ David Adam McFarlin
Signature of individual signing on behalf of the debtor

David Adam McFarlin
Printed name

Position or relationship to debtor   Member/Manager

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

# United States Bankruptcy Court
## Western District of Michigan

In re   Kalamazoo Candle Company, LLC.                          Case No. _____
                          Debtor(s)                            Chapter    11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| David A. McFarlin<br>5250 Stapleton Dr.<br>Kalamazoo, MI 49007 | | | 100% of Membership Shares |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Member/Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   May 15, 2026                          Signature   /s/ David Adam McFarlin
                                                          David Adam McFarlin

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Western District of Michigan

In re   Kalamazoo Candle Company, LLC. _____   Case No. _____
                                    Debtor(s)            Chapter   11 _____

# VERIFICATION OF CREDITOR MATRIX

I, the Member/Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and

correct to the best of my knowledge.

Date:   May 15, 2026 _____          /s/ David Adam McFarlin _____
                                              David Adam McFarlin/Member/Manager
                                              Signer/Title

1ST SOURCE BANK
COMMERCIAL LOAN SERVICES
100 NORTH MICHIGAN STREET
SOUTH BEND IN 46601


2050 STANLEY, LLC
C/O ENVISION PROPERTY
MANAGEMENT, LLC
519 ADA STREET SE, SUITE 202
ADA MI 49301


ADAM MCFARLIN
5250 STAPLETON DR
KALAMAZOO MI 49007


ADAM MCFARLIN
5250 STAPLETON DR.
KALAMAZOO MI 49007


ADELLY ENTERPRISES
5250 STAPLETON DR.
KALAMAZOO MI 49009


AGILEX FRAGRANCE
140 CENTENNIAL AVENUE
PISCATAWAY NJ 08854


ALAN C. SELL, CPA
4341 S WESTNEDGE AVE
#1110
KALAMAZOO MI 49008


AMAZON CAPITAL SERVICES, INC.
PO BOX 035184
SEATTLE WA 98124


ARMSTRONG TRANSPORT GROUP
LOCK BOX 7752
PO BOX 787752
PHILADELPHIA PA 19178-7752


AZTEC INTERNATIONAL
3010 HENSON RD.
KNOXVILLE TN 37921

BROWN WOOD INC
7040 NORTH LAWNDALE AVE
LINCOLNWOOD IL 60712


CARILLON, LLC
C/O TREYSTAR
241 E MICHIGAN AVE, STE 135
PORTAGE MI 49002


CHASE
CARDMEMBER SERVICE
PO BOX 4099
CAROL STREAM IL 60197-4099


CITY OF KALAMAZOO
241 W SOUTH STREET
KALAMAZOO MI 49007


CLS UNIFORM & LINEN
4200 MANCHESTER RD.
KALAMAZOO MI 49001


CONSUMERS ENERGY
BANKRUPTCY DEPT.
4600 COOLIDGE HWY
ROYAL OAK MI 48073


CREDIT KEY
1100 BROADWAY
OAKLAND CA 94607


CREDIT KEY
145 SOUTH FAIRFAX AVE
SUITE 300
LOS ANGELES CA 90036


DAVID A. MCFARLIN
5250 STAPLETON DR.
KALAMAZOO MI 49007


ENVISION PROPERTY MANGEMENT
519 ADA ST SE
SUITE 202
ADA MI 49301

EPS SECURITY SERVICES
750 FRONT AVENUE NW
GRAND RAPIDS MI 49504


EPS SECURITY SERVICES
750 FRONT N.W.
SUITE 300
GRAND RAPIDS MI 49504


FORA FINANCIAL
CELTIC BANK
268 SOUTH STATE ST, STE 300
SALT LAKE CITY UT 84111


GORDON WATER SYSTEMS
618 E. CROSSTOWN PARKWAY
KALAMAZOO MI 49001


GREEN BAY PACKAGING, INC.
CORPORATE OFFICE
PO BOX 19017
GREEN BAY WI 54307-9017


HORIZON BANK KALAMAZOO
515 FRANKLIN STREET
MICHIGAN CITY IN 46360


HYUNDAI LEASE TITLING TRUST
PO BOX 30205
COLLEGE STATION TX 77842


ILLINOIS DEPARTMENT OF REVENUE
15 EXECUTIVE DR, STE. 2
FAIRVIEW HEIGHTS IL 62208


INTERNAL REVENUE  SERVICE
CENTRAL INSOLVENCY UNIT
P.O. BOX 7346
PHILADELPHIA PA 19101-7346


IRS
PO BOX 802503
CINCINNATI OH 45280

MICHIGAN ATTORNEY GENERAL
525 W OTTAWA STREET
LANSING MI 48909


MICHIGAN DEPARTMENT OF TREASUR
PO BOX 30199
LANSING MI 48909


MICHIGAN UNEMPLOYMENT OFFICE
CADILLAC PLACE
3024 WEST GRAND BOULEVARD
DETROIT MI 48202


NORTHERN INITIATIVES
101 W WASHINGTON STREET
SUITE 9
MARQUETTE MI 49855


ORCHIDIA FRAGRANCES
PO BOX 735783
DALLAS TX 75373


PARAFIN
CELTIC BANK
268 SOUTH STATE ST, STE 300
SALT LAKE CITY UT 84111


PNC
PO BOX 71335
PHILADELPHIA PA 19161-1335


QUICKBOOKS
5601 HEADQUARTERS DRIVE
PLANO TX 75024


QUINTESSENCE
1 INDIAN LANE EAST
TOWACO NJ 07082


SHOPIFY
100 SHOCKOE SLIP
2ND FLOOR
RICHMOND VA 23219

SMALL BUSINESS ADMINISTRATION
OFFICE OF DISTRICT COUNSEL
515 PATRICK V. MCNAMARA
BUILDING
DETROIT MI 48226


SPECTRUM BUSINESS
12719 RILEY ST.
SUITE 70
HOLLAND MI 49424


SQUARE ADVANCE
ATTN: SQUARE FINANCIAL SERVICE
22402 4 CHASE METROTECH CENTER
7TH FLOOR EAST
BROOKLYN NY 11245


SQUARE FINANCIAL SERVICES, INC
1955 BROADWAY
SUITE 600
OAKLAND CA 94612


TREYSTAR
PO BOX 51716
KALAMAZOO MI 49005


ULINE
700 ULINE WY
ALLENTOWN PA 18106


UNITED STATES ATTORMEY GENERAL
950 PENNSYLVANIA AVE NW
WASHINGTON DC 20530


UNITED STATES ATTORNEY
ATTN: DONNA JUSTICE
330 IONIA AVE NW
THE LAW BLDG, STE 501
GRAND RAPIDS MI 49503


US ATTORNEY
ATTN: NICOLE MAZZOCCO
220 IONIA ST STE 501
GRAND RAPIDS MI 49503

```
US ATTORNEY
ATTN: DONNA JUSTICE
220 IONIA ST STE 501
GRAND RAPIDS MI 49503


WASTE MANAGEMENT OF MI, INC.
41100 PLYMOUTH RD.
STE 170
PLYMOUTH MI 48170


WAX & TIMBER
102 NORB AVE
DIETERICH IL 62424


WHOLE FOODS
550 BOWIE STREET
AUSTIN TX 78703-4644


WYX BRANDS
2029 WOOD BRIDGE BLVD
BOWLING GREEN OH 43402


ZOOM VIDEO CONFERENCING, INC.
55 S ALMADEN BLVD
SAN JOSE CA 95113
```

# United States Bankruptcy Court
## Western District of Michigan

In re    Kalamazoo Candle Company, LLC.                Case No. _____

                                    Debtor(s)            Chapter    11

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Kalamazoo Candle Company, LLC.   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| May 15, 2026 | /s/ Steven M. Bylenga |
|---|---|
| Date | Steven M. Bylenga P73492 |

Signature of Attorney or Litigant

Counsel for   Kalamazoo Candle Company, LLC.

CBH Attorneys & Counselors, PLLC.
MAIN OFFICE
25 Division Avenue S., Suite 500
Grand Rapids, MI 49503
616-608-3061 Fax:616-719-3782
nikki@chasebylenga.com