UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

_____

In re:

KALAMAZOO CANDLE COMPANY,
LLC., aka SAND ART CANDLE
COMPANY, LLC, aka ZERO NA BAR,
aka RUTH'S BODY CARE, LLC,

      Debtor.

_____/

Case No. 26-01606-swd
Hon. Scott W. Dales
Chapter 11 (Subchapter V)

SCHEDULING ORDER SETTING INITIAL
SMALL BUSINESS SUBCHAPTER V STATUS CONFERENCE

PRESENT:    HONORABLE SCOTT W. DALES
              Chief United States Bankruptcy Judge

Pursuant to 11 U.S.C. § 1188(a), IT IS HEREBY ORDERED AS FOLLOWS:

The court will conduct a status conference in the case on:

| DATE: | Wednesday, June 17, 2026 |
|---|---|
| TIME: | 10:00 AM (Eastern) |
| LOCATION/FORMAT: | Kalamazoo (U.S. Courthouse, 410 W. Michigan, Kalamazoo, Michigan). |

The Debtor or Debtor's principal, counsel for the Debtor, the Trustee, U.S. Trustee, and any other representative of the Debtor with knowledge of the topics to be discussed are required to attend the status conference.

Pursuant to 11 U.S.C. § 1188(c), the Debtor shall file with the court a Status Conference Report no later than June 12, 2026, in a format substantially similar to the attachment to this Scheduling Order, addressing the topics identified in the attachment to the extent applicable to this case, as well as any other information believed by Debtor to be pertinent for discussion at the status conference.

IT IS FURTHER ORDERED that the Clerk shall serve a copy of this Order pursuant to Fed. R. Bankr. P. 9022 and LBR 5005-4 upon counsel for the Debtor who shall arrange for prompt service on all parties in interest, including the United States Trustee and Subchapter V Trustee.

END OF ORDER

**IT IS SO ORDERED.**

**Dated May 18, 2026**



Scott W. Dales
United States Bankruptcy Judge