UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

In re:

KALAMAZOO CANDLE COMPANY,
LLC., aka SAND ART CANDLE
COMPANY, LLC, aka ZERO NA BAR,
aka RUTH'S BODY CARE, LLC,

       Debtor.

_____/

Case No. 26-01606-swd
Hon. Scott W. Dales
Chapter 11 (Subchapter V)

### SMALL BUSINESS SUBCHAPTER V STATUS CONFERENCE REPORT

This report is filed pursuant to the court's Scheduling Order dated May 18, 2026, in connection with the upcoming Small Business Subchapter V Status Conference.

1.  **Nature of the Business:**

2.  **Location(s) of the Business:**

3.  **Ownership of the Business:**

4.  **Number and types of employees (full time/part time):**

5.  **Change in number or type of employees changed since the bankruptcy filing:**

6.  **Status of post-petition payroll:**

7.  **Primary cause(s) of filing bankruptcy:**

8.      General information about the nature of the secured, priority & general unsecured

debt:


9.      Status of employment of professionals including employment application filed to
date and any anticipated to be filed:


10.     Status of discussions with Trustee:


11.     Status of any cash collateral, adequate protection, or relief from stay issues:


12.     Status of post-petition withholding, sales or any other taxes:


13.     Goals for reorganization of the business:


14.     Financial projections for upcoming six-month period and reasons for any significant
variation from pre-bankruptcy performance:


15.     Efforts taken toward achieving a consensual plan:


16.     Anticipated date to file plan:


17.     Necessity of a separate disclosure statement and the reasons therefor:


18.     Any necessity to expand the Proof of Claim Deadline (Automatically set at 60 days
from petition date):

**19.**     **Any other pertinent information that should be brought to the court's attention:**


**Dated:** _____     **By:** _____

                                               **Attorney for the Debtor(s)**